**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

**December 30, 2011**

**CASE NUMBER:  CV 11-06586 DMR**
**CASE TITLE:  JOYCE TAKATA-v-AMERICAN MEDICAL SYSTEMS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Paul S. Grewal** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PSG** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/30/11

　　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE EXECUTIVE COMMITTEE:

　　　　　　　　　　　　　　　　　　　　　　　　　　_____Richard W. Wieking_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies　　　　　　　　Special Projects
Log Book Noted　　　　　　　　　　　　　　　　　Entered in Computer 12/30/11 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel　　　　　　　　　　　　　Transferor CSA